UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                    Case No. 8:07-cr-537-T-17MAP

JUAN ANTONIO IBANEZ,

    Defendant.

## FINAL ORDER OF FORFEITURE FOR
## CERTAIN FOREIGN FINANCIAL ACCOUNTS

THIS CAUSE comes before the Court upon the filing of the United States'

Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed.

R. Crim. P. 32.2(c)(2), for the following foreign financial accounts, both of which

were identified on November 20, 2008, in the Preliminary Order of Forfeiture for

Specific Property and Substitute Assets ("POF"), Doc. 75:

        (a)    Banco Cuscatlan Account Number 11710513215750531,
               held in the name of Bella Vista del Sol Sociedad Anonima;
               and

        (b)    Banco Cuscatlan Account Number 11711313215355000,
               held in the name of Instituto Medico de Capacitacion y
               Asesoria Laboral (IMECAL) Colones.

Being fully advised in the premises, the Court finds that on November 20,

2008, a POF was entered, forfeiting to the United States of America all right, title,

and interest of defendant Juan Antonio Ibanez in the referenced property.

The Court further finds that no one other than defendant Juan Antonio

Ibanez is known to have an alleged interest in the foreign financial accounts, both

of which are located in San Jose, Costa Rica; that IMECAL, S.A., and Bella Vista del Sol, were among the businesses used by the defendant to further the conspiracy; and that they were funded with the proceeds of Count One.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the subject property, on the official government website, www.forfeiture.gov, from June 12, 2009, through July 11, 2009. The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication. To date, no persons or entities have filed a petition to adjudicate their interest in the subject property and the time for filing such petition has expired. Accordingly, it hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2, all right, title and interest in the referenced foreign financial accounts are CONDEMNED and FORFEITED to the United States for disposition according to law.

2

It is FURTHER ORDERED that clear title to the property is now vested in the United States.

DONE and ORDERED in Chambers in Tampa, Florida, this 17th day of August , 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys of Record

3