UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:07-cr-537-T-17MAP

JUAN ANTONIO IBANEZ

### FINAL JUDGMENT OF FORFEITURE

(DKT. 146)

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following real property:

A. Condominium Unit #8, Cala de Belen, held in the name of Consultores Inmobiliarios Zuriel OZR S.A., Parcel # 4-038806-F-000, Distrito San Antonio, Canton 7 Belen, Provinica de Heredia, Finca Filial Numero Ocho, de Dos Plantas, Patio y Jardin, Destinada a USO Habitacional en Proceso de Construccion; and

B. The office and warehouse in Costa Rica where the following corporations, owned by the defendant, are located: Arenal Imports C.A. Sociedad Anonima, Electronic Arenal C.A. Sociedad Anonima, and Tacoma Rojo Sociedad Anonima.

   1. The office is located 275 meters northwest of the Tico Bus Terminal and is the house with razor wire.

   2. The warehouse is located behind the office and has been converted into Complejo Deportivo Pepe 5, an indoor futbol (soccer) park.

On November 20, 2008, the Court entered a Preliminary Order of Forfeiture for the real property described above, pursuant to 21 U.S.C. § 853. Doc. 75.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to

CASE NO. 8:07-CR-537-T-17MAP

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the real property identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the real property is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 10th day of NOVEMBER, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

dispose of the real property on the official government website, www.forfeiture.gov, from January 26, 2009, through February 24, 2009.  Doc. 109.  The publication gave notice to all third parties with a legal interest in the real property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via a Mutual Legal Assistance Treaty through the Department of Justice, Office of International Affairs to the members of the board of directors for Consultores Immobiliarios Zuriel OZR S.A. and Ventura S.A., the two corporations that owned the real properties.  No other persons or entities are believed to have any potential interest in the real property.

No third party or entity, including those identified above as the members of the board of directors, has filed a petition or claimed an interest in the real property, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED. (DKT. 146)

2