UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-cr-537-T-17MAP

JUAN ANTONIO IBANEZ

### ORDER VACATING FINAL JUDGMENT OF FORFEITURE AS TO COSTA RICAN REAL PROPERTIES

THIS CAUSE comes before the Court upon the United States' Motion to Vacate the Final Judgment of Forfeiture, entered on November 10, 2014, (Doc. 148) for the following:

    A.    Condominium Unit #8, Cala de Belen, held in the name of Consultores Inmobiliarios Zuriel OZR S.A., Parcel # 4-038806-F-000, Distrito San Antonio, Canton 7 Belen, Provinica de Heredia, Finca Filial Numero Ocho, de Dos Plantas, Patio y Jardin, Destinada a USO Habitacional en Proceso de Construccion; and

    B.    The office and warehouse in Costa Rica where the following corporations, owned by the defendant, are located: Arenal Imports C.A. Sociedad Anonima, Electronic Arenal C.A. Sociedad Anonima, and Tacoma Rojo Sociedad Anonima.

        1.    The office is located 275 meters northwest of the Tico Bus Terminal and is the house with razor wire.

        2.    The warehouse is located behind the office and has been converted into Complejo Deportivo Pepe 5, an indoor futbol (soccer) park.

CASE NO. 8:07-CR-537-T-17 MAP

Being fully advised of the relevant facts, the Court hereby finds that the United States seeks to discontinue the forfeiture of the two Cosa Rican real properties identified above.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that the Final Judgment of Forfeiture (Doc. 148) is hereby VACATED.

DONE and ORDERED in Tampa, Florida, this 6th day of JUNE, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record